IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPHINE GERSCHEFSKE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: FILED: APRIL 29, 2008 |
| | ) | 08CV2422  TG |
| -vs- | ) | Judge: JUDGE GUZMAN |
| | ) | |
| **COURTYARD BY MARRIOTT,** | ) | Magistrate: MAGISTRATE JUDGE MASON |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Pursuant to *Title 28 U.S.C. §1441, et seq.,* and *28 U.S.C. §1332,* Defendant, **COURTYARD MANAGEMENT CORPORATION, incorrectly sued herein as Courtyard By Marriott,** by and through one of its attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., hereby gives notice of the removal of the above captioned action from the Circuit Court of Cook County, Cause No. 08 L 2934, to the United States District Court, Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1. On or about March 17, 2008, Plaintiff, Josephine Greschefski, initiated the above captioned lawsuit by the filing of a Complaint entitled <u>Josephine Greschefske v. Courtyard By Marriott,</u> docket No. 08 L 2934 in the Circuit Court of Cook County, Illinois. A copy of the initial Complaint at Law is attached hereto, labeled Exhibit "A", and incorporated herein by reference.

2. On or about March 17, 2008, Plaintiff caused a Summons to be issued for service upon the registered agent of Courtyard By Marriott. A copy of said Summons is attached hereto, labeled Exhibit "B", and incorporated herein by reference.

3. Service was obtained upon Prentice Hall Corp., the registered Agent for Courtyard Management Corporation on April 3, 2008.

4. The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above described action pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 for the following reasons:

(a) Josephine Gerschefske, at the time the lawsuit was commenced and at all relevant times, has been a resident and citizen of the State of Missouri;

(b) The Defendant, Courtyard Management Corporation, at all relevant times, has been a Delaware corporation with its principal place of business in Bethesda, Maryland; therefore, for diversity of citizenship purposes, it is a citizen of the States of Delaware and Maryland;

(c) According to the allegations contained in the Complaint filed by the Plaintiff herein, the amount of damages sought in this action is in excess of the jurisdictional limitation of the Circuit Court of Cook County, Illinois, which is an amount in excess of $30,000.00. Plaintiff's counsel has signed an affidavit attesting to the fact that Plaintiff will seek damages in an amount in excess of $30,000.00. According to the medical records obtained by Defendant herein, and pursuant to the Pre-Trial Memorandum filed by the Plaintiff, a copy of which is attached hereto and labeled Exhibit "C", the medical bills total more than $55,000.00, and Plaintiff sustained a fractured left hip. Plaintiff underwent a surgical procedure known as an open reduction and internal fixation to repair same. While Defendant anticipates that it will vigorously contest the issue of liability at any causal connection between the negligence attributed to it and Plaintiff's cause of action, it is Defendant's good faith belief that the amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs;

(d) This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District, Eastern Division, within thirty (30) days of service of the Summons and Complaint on this Defendant;

(e) This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to *28 U.S.C. §1441(a)*.

5.   Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE, COURTYARD MANAGEMENT CORPORATION,** respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By:   /s/Robert M. Burke
Robert M. Burke, One of the
Attorneys for Courtyard
Management Corporation

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

3

Atty. No. 36723

STATE OF ILLINOIS  
COUNTY OF COOK } ss.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS  
COUNTY DEPARTMENT – LAW DIVISION

JOSEPHINE GERSCHEFSKE  
    Plaintiff

v      No.

COURTYARD BY MARRIOTT, a  
Foreign Corporation  
    Defendant

## COMPLAINT AT LAW

Now comes the Plaintiff, JOSEPHINE GERSCHEFSKE, by her attorney, Michael P. Concannon, Ltd., and complains of the Defendant, COURTYARD BY MARRIOTT, a Foreign Corporation and states as follows:

1. On 9/28/07, plaintiff, JOSEPHINE GERSCHEFSKE was lawfully present upon a certain exterior sidewalk at Courtyard by Marriott Hotel premises located at 2175 Marriot Dr., City of West Dundee, County of Kane, and in the State of Illinois.

2. Then and there, and for a long time prior thereto, defendant, COURTYARD BY MARRIOTT, a foreign corporation was in ownership, management, possession, and control of said Courtyard by Marriott premises located at 2175 Marriot Dr., City of West Dundee, County of Kane, and in the State of Illinois

3. Then and there, defendant, COURTYARD BY MARRIOTT, a foreign corporation did and continues to do business in the County of Cook, in the State of Illinois.



DEFENDANT'S EXHIBIT A

4. Then and there, defendant, COURTYARD BY MARRIOTT, a foreign corporation, was under a legal duty to exercise ordinary care in the ownership, upkeep, safety and maintenance of said premises located at 2175 Marriot Dr, West Dundee, IL., for the safety of those legally upon the premises.

5. Then and there, as plaintiff was emerging from her parked vehicle, she was caused to trip and fall due to broken, uneven, depressed, defective and dangerous concrete sidewalk slab.

6. Then and there, defendant knew or in the exercise of ordinary care should have known of the presence of said broken, uneven, depressed, defective and dangerous concrete sidewalk slab.

7. Defendant was negligent in one or more of the following ways:

(a) Failed to repair said dangerous area;

(b) Failed to inspect said dangerous area;

(c) Failed to warn of said dangerous area;

(d) Failed to illuminate said dangerous area; and

(e) Allowed said dangerous area to remain.

8. As a direct and proximate result of one or more of the aforesaid acts of negligence of the defendants, plaintiff was caused to sustain severe and permanent injuries, which have and will in the future cause her great pain and suffering, both physical and mental, and she has been and will in the future be compelled to expend large sums of money in and about medical care and attention, endeavoring to be cured of her said injuries and she has been and will in the future be prevented from attending to her usual affairs and occupations.

WHEREFORE, plaintiff, JOSEPHINE GERSCHEFSKE, prays judgment against the defendant, COURTYARD BY MARRIOTT, a foreign corporation, in an amount in excess of $30,000. plus costs so as to confer jurisdiction to the Circuit Court of Cook County, Law Division.

                                                                  Michael P. Concannon, Ltd.
                                                                  Attorney for Plaintiff

**MICHAEL P. CONCANNON, LTD.**
Attorney for Plaintiff
Ten South LaSalle Street – Suite 3410
Chicago, Illinois 60603
312-372-8506
Atty. No. 36723

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)

**JOSEPHINE GERSCHEFSKE**

No. 2008L002934
CALENDAR/ROOM C
TIME 00:00
Premises Liability

**PLEASE SERVE DEFENDANT:**

v.

**COURTYARD BY MARRIOT, a Foreign Corporation**

**COURTYARD BY MARRIOTT**
c/o **REGISTERED AGENT:**
**PRENTICE HALL CORP.**
**33 N. LASALLE STREET**
**CHICAGO, IL 60602**

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 36723
Name: Law Offices of Michael P. Concannon, Ltd.
Atty. for: Plaintiff
Address: 10 S. LaSalle Street, Suite 3410
City/State/Zip: Chicago, Illinois 60603-1002
Telephone: (312) 372-8506
Service by Facsimile Transmission will be accepted at: (312) 372-7338
(Area Code) (Facsimile Telephone Number)

WITNESS, _____ 2008, _____

DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**DEFENDANT'S EXHIBIT B**

3313
PRE-TRIAL MEMORANDUM    D/A  9/28/07    (Rev 2/11/08 ) CCL 0056

## A SEPARATE MEMORANDUM MUST BE PREPARED FOR EACH PLAINTIFF

Damages of Plaintiff __MRS. JOSEPHINE GERSCHEFSKE__    Case Number _____
(D O B  3/23/1927    )

Description of Injuries. ____FRACTURED LEFT HIP____

**MEDICAL EXPENSES -**    **Dates**    **Names**    **Charges**

| | Dates | Names | Charges |
|---|---|---|---|
| Hospital Emergency Room | ( 9/28/07 ) | Provena Saint | $ 48,654 |
| Hospital Confinement | ( 9/28/07 to ) | Joseph Hospital | |
| Treating Doctor | ( to ) | | |
| Treating Doctor | ( 9/29/07 to ) | Orthopedic & Spine Surgeons | 6,044 |
| Consulting Doctor | ( ) | | |
| Examining Doctor | ( ) | | |
| X-Ray Laboratory | ( 9/28/07 ) | East Dundee | 668. |
| | ( ) | | |
| Physical Therapy | ( to ) | | |
| Medical Aids (Describe) | | | |

TOTAL $ __55,366 +__

**LOSS OF EARNINGS:**
From_____ to _____ employed at _____ $ _____
From_____ to _____ employed at _____ $ _____
TOTAL $ _____

**PROPERTY DAMAGE** (Year _____ Make _____ Model _____)

(Repaired) (Estimated) by _____ at cost of $ _____
(Auto Rental) (Towing) (Deductible Collision Payment) _____

**OTHER CLAIMED DAMAGES:**
Describe: _____ $_____
Pltf Demand $_____ Def No 1 Offer _____ Def No 2 Offer _____

GRAND TOTAL $ __55,366 +__

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



04/17/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPHINE GERSCHEFSKE**, | ) |
| Plaintiff, | ) Case No.: FILED: APRIL 29, 2008 |
| -vs- | ) 08CV2422    TG |
| | ) Judge: JUDGE GUZMAN |
| **COURTYARD BY MARRIOTT,** | ) Magistrate: MAGISTRATE JUDGE MASON |
| Defendant. | ) |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:   Mr. Michael P. Concannon
Michael P. Concannon, Ltd.
10 South LaSalle Street
Suite 3410
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed with the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. _____ on April 29, 2008. A copy of the Notice of Removal has also been filed with the Clerk of the Circuit Court of Cook County, Law Division on April 29, 2008. A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By:   /s/Robert M. Burke
Robert M. Burke, One of the
Attorneys for Courtyard
Management Corporation

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

The undersigned, a non-attorney, certifies that she served a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL to all attorneys of record, by depositing a copy of same in the United States Mail, first class postage prepaid, this 29th day of April, 2008.

/s/Lisa A. Morrison
I certify that the statements set forth herein are true and correct.

JOHNSON & BELLL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPHINE GERSCHEFSKE**, )  | |
| ) | |
| Plaintiff, ) | Case No.: FILED: APRIL 29, 2008 |
| ) | 08CV2422        TG |
| -vs- ) | Judge: JUDGE GUZMAN |
| ) | |
| **COURTYARD BY MARRIOTT,** ) | Magistrate: MAGISTRATE JUDGE MASON |
| ) | |
| Defendant. ) | |

### JURY DEMAND

Defendant, **COURTYARD MANAGEMENT CORPORATION,** and hereby demands a trial by jury.

DATED:  April 29, 2007.

JOHNSON & BELL, LTD.

By:   /s/Robert M. Burke
Robert M. Burke, attorney for Defendant
Courtyard Management Corporation

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347