## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 2422

GERSCHEFSKE   vs   COURTYARD BY MARRIOTT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPHINE GERSCHEFSKE ( PLAINTIFF)

| | |
|---|---|
| **NAME (Type or print)**<br>MICHAEL P. CONCANNON | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ MICHAEL P. CONCANNON | |
| **FIRM**<br>MICHAEL P. CONCANNON, LTD. | |
| **STREET ADDRESS**<br>10 S. LASALLE STREET - SUITE 3410 | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6189210 | **TELEPHONE NUMBER**<br>312-372-8506 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐