## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPHINE GERSCHEFSKE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  08-cv-2422 |
| | ) | |
| -vs- | ) | Judge:      Guzman |
| | ) | |
| **COURTYARD BY MARRIOTT,** | ) | Magistrate: Mason |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    Mr. Michael P. Concannon
       Michael P. Concannon, Ltd.
       10 South LaSalle Street
       Suite 3410
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **May 30, 2008**, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **Answer to Plaintiff's Complaint**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By:    /s/Robert M. Burke
       Robert M. Burke, One of the
       Attorneys for Courtyard
       Management Corporation

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 0770

### CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath states I served this notice by electronically filing same, using the CM/ECF system which will send notification of such filing to all counsel of record, on May 30, 2008.

/s/Robert M. Burke